UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD F. GRODEN, as EXEC. DIRECTOR of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRSIDE TRUCKING, INC., CARNEY BROS. TRUCKING, INC., CARNEY BROS. RENTAL, INC., AND GEORGE L. CARNEY, JR.,<br><br>    Defendants. | Case No. 20-cv-10648 WGY |

## DEFENDANT CARNEY BROS. TRUCKING, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Carney Bros. Trucking, Inc. states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

                                        Respectfully submitted,

                                        CARNEY BROS. TRUCKING, INC.,

                                        By its attorneys,

                                        /s/ Terence P. McCourt
                                        Terence P. McCourt (BBO #555784)
                                        Amanda L. Carney (BBO #694503)
                                        Greenberg Traurig, LLP
                                        One International Place, Suite 2000
                                        Boston, MA  02110
                                        (617) 310-6230
                                        mccourtt@gtlaw.com
                                        carneya@gtlaw.com

Dated:  September 27, 2021

## CERTIFICATE OF SERVICE

      I, Terence P. McCourt, hereby certify that on September 27, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                          /s/ Terence P. McCourt
                                          Terence P. McCourt